In the Matter of the Accounting of GUARANTY TRUST COMPANY OF NEW YORK, as Trustee under the Will of GEORGE P. POLLEN, Deceased.

FRITZ L. SCHMIDT, JR., Appellant; ROSALIE F. JANOER, Respondent.

*Attorneys — lien — substitution of attorneys — lien for services.*

*Matter of Pollen*, 219 App. Div. 714, affirmed.

(Argued May 2, 1927; decided May 3, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 9, 1927, which modified and affirmed as modified

Prepared by State Reporter from Appeal Papers

an order of the New York County Surrogate's Court substituting attorneys for the appellant herein in place of the respondent and directing the appellant to pay to the respondent certain fees for legal services.

*E. Crosby Kindleberger* and *James C. Higgins* for appellant.

*Rosalie F. Janoer*, respondent, in person.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.